QUIN DENVIR, Bar #49374
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICARDO CAZARES-OZUNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-0388 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| RICARDO CAZARES-OZUNA, | ) | Date: October 24, 2005 |
| | ) | Time: 9:30 A.M. |
| | ) | |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Trial Confirmation Hearing for October 24, 2005 be vacated and a new date of November 14, 2005 be set for status.  The trial date of November 22, 2005 can be vacated, as well.

Defense counsel is awaiting a pre-sentence report and must scrutinize the criminal history and discuss with Mr. Cazares-Ozuna his possible sentencing exposure should he decide to plead guilty.  Should he decide to enter a guilty plea, time is needed to present the plea agreement to Mr. Cazares-Ozuna.

It is further stipulated and agreed between the parties that the period beginning October 24, 2005 to November 14, 2005, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: October 20, 2005

    Respectfully submitted,

    QUIN DENVIR
    Federal Defender

      /S/NED SMOCK
    NED SMOCK
    Assistant Federal Defender
    Attorney for Defendant
    RICARDO CAZARES-OZUNA

    MCGREGOR W. SCOTT
    United States Attorney

Dated:  October 20, 2005

      /S/MICHAEL BECKWITH
    MICHAEL BECKWITH
    Assistant U.S. Attorney

## ORDER

The current Trial Confirmation Hearing of October 24, 2005 and the trial date of November 22, 2005 are VACATED.  A status conference is set for November 14, 2005 at 9:30 a.m.  The period beginning October 24, 2005 to November 14, 2005 is excluded within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv)(Local Code T4).

**IT IS SO ORDERED.**

DATED: October 21, 2005

    /s/ Frank C. Damrell Jr.
    HONORABLE FRANK C. DAMRELL, JR.
    District Court Judge